IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

FILED
KENNETH J. MURPHY
CLERK
03 SEP -3 PM 12:52

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTER & GAMBLE COMPANY, an Ohio corporation,<br><br>Defendants, | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose) |

**PLAYTEX'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS**

Pursuant to S.D. Ohio Civ. R. 7.3(a), Playtex hereby respectfully requests an extension of time, up to and including Monday, October 20, 2003 to respond to the following motions filed by P&G:

1. Defendants' Motion To Exclude The Opinions In Plaintiff's Supplemental Expert Reports (Dkt. 94).

2. Defendants' Motion To Exclude Identical Expert Testimony Of Plaintiff's Two Redundant Expert Witnesses (Dkt. 95).

3. Defendants' Motion For Summary Judgment Of Non-Infringement Based On <u>Markman</u> Ruling (Dkt. 96).

4. Defendants' Memorandum On Juror Comprehension Techniques (Dkt. 98).

Playtex has contacted counsel for Defendants and is authorized to state that this motion is unopposed.

A Memorandum In Support Is Attached hereto.

Respectfully submitted,

By: _____
Paul B. Martins, Esq. (0007623)
HELMER, MARTINS & MORGAN CO., L.P.A.
1900 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 421-2400
Facsimile: (513) 421-7902

OF COUNSEL:

Matthew B. Lehr
Allon Stabinsky
LATHAM & WATKINS, LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Robert J. Gunther, Jr.
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Plaintiff and Counterdefendant
Playtex Products, Inc.

## MEMORANDUM IN SUPPORT

Playtex's responses to Defendants' Motion To Exclude The Opinions In Plaintiff's Supplemental Expert Reports (Dkt. 94) and Defendants' Motion To Exclude Identical Expert Testimony Of Plaintiff's Two Redundant Expert Witnesses (Dkt. 95) are currently due on September 5, 2003. Playtex's response to Defendants' Motion For Summary Judgment Of Non-Infringement Based On Markman Ruling (Dkt. 96) is currently due on September 8, 2003. Playtex's response to Defendants' Memorandum On Juror Comprehension Techniques (Dkt. 98) is currently due on September 12, 2003. Pursuant to S.D. Ohio Civ. R. 7.3(a), Playtex seeks an extension of time, up to and including Monday, October 20, 2003 within which to file its memoranda in opposition to Defendants' motions.

As required by S.D. Ohio Civ. R. 7.3(a), Playtex has contacted counsel for Defendants' to solicit the consent of the Defendants' to this extension. Playtex has been authorized to state that this Motion For Extension Of Time is unopposed by the Defendants. Playtex attaches hereto an order, in the form prescribed by S.D. Ohio Civ. R. 7.4, granting this Motion.

Respectfully submitted,

By: _____
Paul B. Martins, Esq. (0007623)
HELMER, MARTINS & MORGAN CO., L.P.A.
1900 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Telephone:(513) 421-2400
Facsimile: (513) 421-7902

OF COUNSEL:

Matthew B. Lehr
Allon Stabinsky
LATHAM & WATKINS, LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Robert J. Gunther, Jr.
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Plaintiff and Counterdefendant
Playtex Products, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2003, a copy of the foregoing was served via hand delivery upon:

> Charles J. Faruki
> FARUKI GILLIAM & IRELAND P.L.L.
> 500 Courthouse Plaza, S.W.
> 10 North Ludlow Street
> Dayton, Ohio 45402