IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| PLAYTEX PRODUCTS, INC., | : | CASE NO. 1:02cv391 |
| | : | (Judge Thomas M. Rose) |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| THE PROCTER & GAMBLE | | DEFENDANTS' NOTICE OF |
| DISTRIBUTING COMPANY, et al., | : | DELIVERY OF .PDF COMPUTER |
| | | FILE CONTAINING DEFENDANTS' |
| Defendants. | : | MOTION FOR SUMMARY |
| | | JUDGMENT OF NON- |
| | : | INFRINGEMENT BASED ON |
| | | MARKMAN RULING (FILED |
| | : | UNDER SEAL PURSUANT TO THE |
| | | OCTOBER 25, 2002 AGREED |
| | | PROTECTIVE ORDER) |

_____

Pursuant to this Court's Order of September 11, 2003, granting Defendants'

Motion for Leave to File Motion for Summary Judgment of Non-Infringement Based on

Markman Ruling (Filed Under Seal Pursuant to the October 25, 2002 Agreed Protective Order)

(filed August 18, 2003), Defendants give notice of the delivery of a .PDF computer file

containing Defendants' Summary Judgment Motion on a CD-ROM to the Court this 12th day of

September, 2003, for uploading to the CM/ECF system.

Respectfully submitted,


s/Charles J. Faruki by Thomas R. Kraemer
Charles J. Faruki (0010417)
    Trial Attorney
Thomas R. Kraemer (0060120)
Donald E. Burton (0040553)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
E-Mail:  cfaruki@ficlaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 12, 2003, I electronically filed Defendants' Notice of Delivery of .PDF Computer File Containing Defendants' Motion for Summary Judgment of Non-Infringement Based on <u>Markman</u> Ruling (Filed Under Seal Pursuant to the October 25, 2002 Agreed Protective Order) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James B. Helmer
> Paul B. Martins
> HELMER, MARTINS & MORGAN CO., L.P.A.
> Fourth & Walnut Centre
> Suite 1900
> 105 East Fourth Street
> Cincinnati, OH 45202

and I certify that this document has been served via Federal Express upon the following non-CM/ECF participants this 12th day of September, 2003:

> Matthew B. Lehr
> Allon Stabinsky
> LATHAM & WATKINS
> 135 Commonwealth Drive
> Menlo Park, CA  94025
>
> Robert J. Gunther
> Michelle Lewin
> Daiske Yoshida
> LATHAM & WATKINS
> 885 Third Avenue
> New York, NY  10022-4802
>
> Attorneys for Plaintiff
> Playtex Products, Inc.

s/Thomas R. Kraemer
Thomas R. Kraemer (0060120)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone: (937) 227-3725
Telecopier: (937) 227-3717
E-Mail: tkraemer@ficlaw.com

Attorneys for Defendants

126853.1