**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**PLAYTEX PRODUCTS INC.**

      **Plaintiff,**

-vs-                                                                                          Case No. C-3-02-391

**PROCTOR & GAMBLE CO.,**

      **Defendant.**

## ORDER

This matter was before the pursuant to a scheduling conference. As a result of that conference the Court would set the following trial schedule:

| | |
|---|---|
| 1. Joint proposed final pretrial order to be filed by: | **December 13, 2003** |
| 2. Trial exhibits to be exchanged by: | **December 17, 2003** |
| 3. Final pretrial conference in chambers: | **December 22, 2003, @ 4:00 p.m.** |
| 4. Jury trial (5 days): | **February 2, 2004 @ 9:00 a.m.** |

**DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of October, 2003.

                                                                                s/Thomas M. Rose

                                                             THOMAS M. ROSE
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record