**EXHIBIT B**

389

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF OHIO
 4    WESTERN DIVISION (DAYTON)
      ------------------------------------------X
 5    PLAYTEX PRODUCTS, INC.,
 6                    Plaintiff,
 7          -against-
 8    THE PROCTER & GAMBLE DISTRIBUTING COMPANY, et
      al,
 9
                      Defendants.
10    ------------------------------------------X
11
12                    885 Third Avenue
                      New York, New York
13
                      July 11, 2003
14                    1:05 p.m.
15
16
17          CONTINUED DEPOSITION of MARIO TURCHI,
18    taken by the Defendants, held at the
19    above-mentioned time and place, before WALTER
20    CHIRIBOGA, JR., a Notary Public of the State
21    of New York.
22
23
24
25
```

414

1  A  I do.
2  Q  It is the definition that you applied
3  -- the concept you applied to come to the
4  specific flatness tolerance for the Pearl
5  plastic; right?
6  A  I think it is generally when one
7  talks about a flatness tolerance, it is a
8  generally accepted way of defining the
9  flatness tolerance.
10  Q  How did you go about deciding what
11  the geometric manufacturing tolerance for the
12  Pearl plastic should be?
13  A  I was really just going by the 178
14  patent and now the way the language was
15  construed which was to have two opposite or
16  opposed surfaces that are flat within
17  geometric manufacturing tolerance. The court
18  did not give a specific tolerance so I had to
19  go about myself to figure out what a
20  reasonable tolerance would be for that
21  flatness so it is not so much that I
22  determined it off of Pearl plastic. It is just
23  that is what the court had recommended and so
24  I went about trying to find what that
25  tolerance ought to be.

415

1  Q  How did you find out what that
2  reasonable flatness tolerance should be?
3  A  It is when we made a phone call to
4  Chevron to see what they had -- how they
5  specified their own material. It is when they
6  referred us back to SPI and also in asking our
7  engineer what he thought the tolerance what we
8  might want to fall back on as a standard.
9     He also had recommended the SPI, and
10  when I spoke to Evan Hutchinson to see what
11  they used at Playtex, he again referred me to
12  SPI so I figured SPI seemed like a reasonable
13  standard.
14  Q  SPI stands for what?
15  A  Society of Plastics Industry.
16  Q  Did any of the contacts that you
17  mentioned, Chevron and Mr. Hutchinson and the
18  engineer at your own firm, did they direct you
19  to a specific source? What I am asking is did
20  they say look for an SPI publication or look
21  at a specific SPI publication if you
22  understand what I am asking?
23  A  Well, we had our engineer had -- we
24  have a library and he referred me to this
25  specific document.

416

1  Q  When you say this specific document,
2  the page attached as Exhibit A?
3  A  The SPI report, yes.
4  Q  The page attached to Exhibit A of
5  your report is a page numbered 33 on it. Do
6  you see that?
7  A  Yes.
8  Q  This is a page from a larger
9  document, I take it?
10  A  That's correct.
11  Q  What is the larger document?
12  A  I'm not sure what that was.
13  Q  Was this page given to you by your
14  engineer?
15  A  Yes.
16  Q  So he didn't say look through this
17  volume, this source, and I think it is in
18  there? He actually gave you the page he
19  thought was relevant; right?
20  A  I directed him to give me the page
21  for the materials standards for the-tolerance
22  standards for low density polyethylene which
23  he looked up and gave to me.
24  Q  Was that the first time you had ever
25  seen this information?

417

1  A  I had seen other specification sheets
2  from SPI in the past, but this particular
3  page? I may have seen it at some other point.
4  I'm not sure.
5  Q  It did not look familiar to you when
6  you saw it though?
7  A  Familiar in what sense?
8  Q  Like you had seen it before.
9  A  Like I said, I'm not sure if I had
10  seen the polyethylene one before. Certainly
11  the way the graphs are and -- you know, it is
12  nothing unusual. I have seen many
13  specifications for plastic and tolerance
14  sheets and it looks pretty much like a lot of
15  the other ones I have seen.
16  Q  This also has a copyright notice on
17  the bottom. It says copyright to Society of
18  Plastics Industry, Inc. Do you see that?
19  A  Yes.
20  Q  It says revised 1991. Did you make
21  any inquiry as to whether or not there was a
22  later edition to this document?
23  A  I did, and I believe Mr. Stabinsky
24  helped me in trying to locate that document. I
25  was trying to see if there was something more

8 (Pages 414 to 417)

418

1  updated and he was able to locate a document,
2  but it turned out that the document was
3  exactly the same.
4    Q  This page was exactly the same?
5    A  The tolerance for flatness was the
6  same.
7    Q  At least the part of this page that
8  talks about a tolerance for flatness was
9  identical to the later edition you found;
10  right?
11    A  Anything that was relevant to my
12  report was the same.
13    Q  Did you look at any other sources to
14  find any other possible tolerance to apply?
15    A  Other than SPI?
16    Q  Yes. Let me be clear. Other than this
17  page we have here?
18    A  No. I thought this from SPI seemed --
19  matched the bill in terms of what I was
20  looking for.
21    Q  So the answer is no, you didn't
22  consider any other sources; right?
23    A  Any other standards out there in the
24  industry? I did not. I thought this was --
25  again, from the three sources that I had asked

419

1  and especially I think being most influenced
2  by what Chevron had told us the fact they came
3  up with the SPI standards seemed to me like if
4  the company who is supplying the material is
5  referring me back to that, it seems they are
6  basically agreeing with this standard so why
7  would I want to refute the standard they had
8  directed me towards.
9    Q  How specific was the reference? By
10  that I mean did they direct you to -- did they
11  say the SPI standard for flatness or the SPI
12  standard for low density polyethylene or some
13  other?
14    A  They said just to check the SPI
15  standard for low density polyethylene, and
16  they had said it is pretty much all the same
17  within the industry. All the different low
18  density polyethylenes are essentially the same
19  and that is why one could apply this standard.
20    Q  Regardless of what trade name was on
21  or manufacturer was used, they all use the
22  same SPI standard?
23    A  That is right.
24    Q  Is it accurate to say that you
25  recognize the sources as authoritative because

420

1  it was recommended to you by Chevron, and your
2  in-house engineer, and Mr. Hutchinson?
3    A  I think the three sources I checked
4  they referred me to this document and it is
5  not the first time I had heard of SPI.
6  Certainly in the course of the work I do
7  whenever we need to find out the tolerance or
8  specification of materials, we certainly
9  referred in the past to SPI so it is not the
10  first time we ever used them as a reference.
11  They are certainly well known within the
12  industry.
13    Q  Do you know whether the work of which
14  this one page is a part of has any other
15  discussion of tolerances or how to use this
16  chart?
17    A  Elsewhere? You are asking me -- can
18  you repeat the question?
19    MR. BURTON:  Can you read it
20  back?
21    (Record was read as requested.)
22    A  I'm not sure about that. It seemed
23  like I knew how to use it just from looking at
24  it so I didn't look for any other ways to
25  describe how to look at it. It is pretty

421

1  straight forward.
2    Q  The first time in this case that you
3  looked into the appropriate flatness tolerance
4  to apply to Pearl plastic was after the
5  court's ruling; is that right?
6    A  That is correct.
7    Q  Why didn't you look into it earlier?
8    A  Because that is not how I had
9  personally construed the claims so I felt
10  there was no need to go there.
11    Q  On page three of your supplemental
12  expert report you conclude the appropriate
13  flatness tolerance to apply to the Pearl
14  plastics finger grip is plus or minus .305
15  millimeters for a total tolerance zone of .610
16  millimeters; is that correct?
17    A  That is correct.
18    Q  Can you explain to me how you went
19  from the page attached, Exhibit A, to that
20  conclusion of the tolerance level?
21    A  On the exhibit on the left hand side
22  it shows for various features what the
23  tolerance ought to be so I went down to the
24  flatness, and it gives next to that it talks
25  about the dimensions of the part.

9 (Pages 418 to 421)