**EXHIBIT D**



Home > Discover Tampax Pearl > Grip

 Discover Tampax Pearl - Grip

**An extraordinary innovation.**

Only Tampax Pearl features this unique contoured grip. It's textured on both sides to help reduce slipping as you hold the applicator and insert the tampon

Overview

Plastic Applicator

Expansion

Braid

Grip

Wrapper

Product Line-up





Incredible Comfort. Extraordinary Protection.

The grip's contoured shape - makes it easy to hold, enabling you to position th applicator comfortably, gently, and effectively. Pearl's unique contoured grip is just one more detail that sets Tampax Pearl apart from other tampons.

TSS and Tampon Safety | Privacy Statement | Terms & Conditions    © C