**EXHIBIT G**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio corporation,<br><br>  Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose)<br><br>**EXHIBIT G TO DECLARATION OF ALLON STABINSKY IN SUPPORT OF PLAYTEX'S JOINT OPPOSITION TO DEFENDANTS' (A) MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON MARKMAN RULING (DKT. 96), AND (B) MOTION TO EXCLUDE THE OPINIONS IN PLAINTIFF'S SUPPLEMENTAL EXPERT REPORTS (DKT. 94).** |

**FILED UNDER SEAL
CONTAINS CONFIDENTIAL INFORMATION
TO BE OPENED ONLY BY OR AS DIRECTED BY THE COURT**

1