**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio corporation,<br><br>　　　　Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose)<br><br>**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** |

Plaintiff Playtex Products, Inc. ("Playtex") submits the attached special verdict form for the Court's consideration. As set forth in Playtex's Memorandum in Response to Defendants' Memorandum on Juror Comprehension Techniques, Playtex believes that the content of the verdict form should be determined in conjunction with the conference on final jury instructions.

Depending on the evidence presented and the rulings of the Court, Playtex reserves the right to modify, delete or supplement the proposed special verdict form.

Respectfully submitted,

By:_____
Paul B. Martins, Esq. (0007623)
HELMER, MARTINS & MORGAN CO., L.P.A.
1900 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Telephone:(513) 421-2400
Facsimile: (513) 421-7902

OF COUNSEL:

Matthew B. Lehr
Allon Stabinsky
LATHAM & WATKINS, LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Robert J. Gunther, Jr.
Kurt M. Rogers
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Plaintiff and Counterdefendant
Playtex Products, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose) |

## PLAINTIFF PLAYTEX PRODUCTS, INC.'S PROPOSED SPECIAL VERDICT FORM

We, the jury, unanimously find as follows:

### LITERAL INFRINGEMENT OF PLAYTEX'S PATENT

1. Do you find that Playtex has shown by a preponderance of the evidence that one or more of the following claims of the '178 Patent is literally infringed by P&G? A "Yes" answer is a finding for Playtex. A "No" answer is a finding for P&G.

| | For Playtex | For P&G |
|---|---|---|
| Claim 1 | YES _____ | NO _____ |
| Claim 2 | YES _____ | NO _____ |
| Claim 3 | YES _____ | NO _____ |
| Claim 9 | YES _____ | NO _____ |
| Claim 10 | YES _____ | NO _____ |

Please go to Question 2.

**INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS**

2. Do you find that Playtex has shown by a preponderance of the evidence that P&G infringes one or more of the following claims of the '178 Patent under the doctrine of equivalents? A "Yes" answer is a finding for Playtex. A "No" answer is a finding for P&G.

|  | For Playtex | For P&G |
|---|---|---|
| Claim 1 | YES _____ | NO _____ |
| Claim 2 | YES _____ | NO _____ |
| Claim 3 | YES _____ | NO _____ |
| Claim 9 | YES _____ | NO _____ |
| Claim 10 | YES _____ | NO _____ |

If your answer to one or more of the claims in Question 1 or Question 2 is "Yes," please go to Question 3. If your answers to all of the claims in Question 1 and Question 2 are "No," please skip to Question 4.

3. If your answer to one or more of the claims in Question 1 or Question 2 is "Yes," do you find that Playtex has proven by clear and convincing evidence that P&G's infringement of the '178 Patent was willful?

| For Playtex | For P&G |
|---|---|
| YES _____ | NO _____ |

Please go to Question 4.

**VALIDITY OF PLAYTEX'S PATENT**

4. Do you find that P&G has shown by clear and convincing evidence that any of the following claims of the '178 Patent are invalid due to anticipation?

|  | For Playtex | For P&G |
|---|---|---|
| Claim 1 | NO _____ | YES _____ |
| Claim 2 | NO _____ | YES _____ |
| Claim 3 | NO _____ | YES _____ |
| Claim 9 | NO _____ | YES _____ |
| Claim 10 | NO _____ | YES _____ |

2

Please go to Question 5.

5. Do you find that P&G has shown by clear and convincing evidence that any of the following claims of the '178 Patent are invalid due to obviousness?

|  | For Playtex | For P&G |
|---|---|---|
| Claim 1 | NO _____ | YES _____ |
| Claim 2 | NO _____ | YES _____ |
| Claim 3 | NO _____ | YES _____ |
| Claim 9 | NO _____ | YES _____ |
| Claim 10 | NO _____ | YES _____ |

If you answered "Yes" to any one or more claims in Question 1 or Question 2, and answered "No" for any of those same claims in Questions 4 <u>and</u> 5, please go to Question 6. Otherwise, please skip Question 6 and go to the end of the verdict form.

**DAMAGES OWED TO PLAYTEX**

6. If you have found that P&G has infringed at least one claim of '178 Patent, and have <u>not</u> found that the infringed claim is invalid, what amount of damages do you find Playtex to have proven by a preponderance of the evidence?

    (a)    Total Infringing Sales:

$_____

    (b)    Reasonable Royalty Rate:

_____%

    (c)    Total Reasonable Royalty (multiply (a) x (b)):

$_____

3

You each must sign this Verdict Form:

Dated: _____

_____
(Foreperson)

_____       _____

_____       _____

_____       _____

_____

4