**EXHIBIT 6**

Case 1:02-cv-00391-TMR    Document 107-7    Filed 10/03/2003    Page 1 of 7

*final*
*SM*
*5/28/02*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NCUBE CORPORATION,                         :
                                           :
    Plaintiff/ Counterclaim Defendant,     :
                                           :
v.                                         : Civil Action No. 01-11-JJF
                                           :
SEACHANGE INTERNATIONAL, INC.,             :
                                           :
    Defendant/ Counterclaim Plaintiff.     :

### SPECIAL VERDICT FORM

We, the jury, unanimously find as follows:

**LITERAL INFRINGEMENT OF nCUBE'S PATENT**

1. Do you find that nCUBE has shown by a preponderance of the evidence that one or more of the following claims of the '804 Patent is literally infringed by SeaChange? A "Yes" answer is a finding for nCUBE. A "No" answer is a finding for SeaChange.

|          | For nCUBE   | For SeaChange |
|----------|-------------|---------------|
| Claim 1  | YES _____ | NO _____      |
| Claim 2  | YES _____ | NO _____      |
| Claim 3  | YES _____ | NO _____      |
| Claim 4  | YES _____ | NO _____      |
| Claim 6  | YES _____ | NO _____      |
| Claim 7  | YES _____ | NO _____      |
| Claim 9  | YES _____ | NO _____      |
| Claim 10 | YES _____ | NO _____      |

      Claim 12  YES _____        NO \_\_\_\_

      Claim 14  YES _____        NO \_\_\_\_

Please go to Question 2.

**INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS**

2.   Do you find that nCUBE has shown by a preponderance of the evidence that SeaChange infringes one or more of the following claims of the '804 Patent under the doctrine of equivalents? A "Yes" answer is a finding for nCUBE. A "No" answer is a finding for SeaChange.

|  | For nCUBE | For SeaChange |
|---|---|---|
| Claim 1 | YES _____ | NO \_\_\_\_ |
| Claim 2 | YES _____ | NO \_\_\_\_ |
| Claim 3 | YES _____ | NO \_\_\_\_ |
| Claim 4 | YES _____ | NO \_\_\_\_ |
| Claim 6 | YES _____ | NO \_\_\_\_ |
| Claim 7 | YES _____ | NO \_\_\_\_ |
| Claim 9 | YES _____ | NO \_\_\_\_ |
| Claim 10 | YES _____ | NO \_\_\_\_ |
| Claim 12 | YES _____ | NO \_\_\_\_ |
| Claim 14 | YES _____ | NO \_\_\_\_ |

If your answer to one or more of the claims in Question 1 or Question 2 is "Yes," please go to Question 3. If your answers to all of the claims in Question 1 and Question 2 are "No," please skip to Question 4.

2

3.  If your answer to one or more of the claims in Question 1 or Question 2 is "Yes," do you find that nCUBE has proven by clear and convincing evidence that SeaChange's infringement of the '804 Patent was willful?

        For nCUBE        For SeaChange

        YES \_\_\_\_        NO \_\_\_\_

**Please go to Question 4.**

**VALIDITY OF nCUBE'S PATENT**

4.  Do you find that SeaChange has shown by clear and convincing evidence that any of the following claims of the '804 Patent are invalid due to anticipation?

|  | For nCUBE | For SeaChange |
|---|---|---|
| Claim 1 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 2 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 3 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 4 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 6 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 7 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 9 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 10 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 12 | NO \_\_\_\_ | YES \_\_\_\_ |
| Claim 14 | NO \_\_\_\_ | YES \_\_\_\_ |

**Please go to Question 5.**

5. Do you find that SeaChange has shown by clear and convincing evidence that any of the following claims of the '804 Patent are invalid due to obviousness?

|  | For nCUBE | For SeaChange |
|---|---|---|
| Claim 1 | NO _____ | YES _____ |
| Claim 2 | NO _____ | YES _____ |
| Claim 3 | NO _____ | YES _____ |
| Claim 4 | NO _____ | YES _____ |
| Claim 6 | NO _____ | YES _____ |
| Claim 7 | NO _____ | YES _____ |
| Claim 9 | NO _____ | YES _____ |
| Claim 10 | NO _____ | YES _____ |
| Claim 12 | NO _____ | YES _____ |
| Claim 14 | NO _____ | YES _____ |

**If you answered "Yes" to any one or more claims in Question 1 or Question 2, and answered "No" for any of those same claims in Questions 4 and 5, please go to Question 6. Otherwise, please skip Question 6 and go to the end of the verdict form.**

4

**DAMAGES OWED TO nCUBE**

6.  If you <u>have</u> found that SeaChange has infringed at least one claim of the '804 Patent, and have <u>not</u> found that the infringed claim is invalid, what amount of damages do you find nCUBE to have proven by a preponderance of the evidence?

    (a)  Total Infringing Sales:

        $_____

    (b)  Reasonable Royalty Rate:

        _____ %

    (c)  Total Reasonable Royalty (multiply (a) x (b)):

        $_____

You each must sign this Verdict Form:

Dated:_____

_____
(Foreperson)

_____          _____

_____          _____

_____