**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENZYME CORPORATION, GENZYME SURGICAL PRODUCTS CORPORATION, DONALD P. ELLIOTT, LYNN HALSETH, NICHOLAS F. D'ANTONIO, and NICHOLAS J. D'ANTONIO<br><br>Plaintiffs,<br><br>v.<br><br>ATRIUM MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No.<br>00-958-RRM (GMS) (MPT) |

## JURY VERDICT FORM

**Dated: November 25, 2002**

# JURY VERDICT

You, the jury, are to answer the following questions based on the evidence at trial and according to the Instructions the Court has given you. Start with Question No. 1 and proceed through the questions following the directions included in this Verdict Form.

If you are unable, after due deliberation, to answer a particular question or questions, you may ask the Court for a clarification of your duties.

We, the jury, unanimously find as follows:

I. **INFRINGEMENT**

A. **The '844 Patent**

1. Has Genzyme proven by a preponderance of the evidence that the accused Atrium Express products infringe the following claims of the '844 patent?

|  | [For Genzyme] | [For Atrium] |
|---|---|---|
| Claim 5 | Yes ___ | No ___ |
| Claim 6 | Yes ___ | No ___ |
| Claim 12 | Yes ___ | No ___ |
| Claim 13 | Yes ___ | No ___ |
| Claim 16 | Yes ___ | No ___ |
| Claim 21 | Yes ___ | No ___ |

B. **The '346 Patent**

2. Has Genzyme proven by a preponderance of the evidence that the accused Atrium Express products infringe the following claims of the '346 patent?

|  | [For Genzyme] | [For Atrium] |
|---|---|---|
| Claim 5 | Yes ___ | No ___ |
| Claim 11 | Yes ___ | No ___ |

2

### C. The '370 Patent

3. Has Genzyme proven by a preponderance of the evidence that the accused Atrium Express products infringe the following claims of the '370 patent?

|  | [For Genzyme] | [For Atrium] |
|---|---|---|
| Claim 1 | Yes ___ | No ___ |
| Claim 6 | Yes ___ | No ___ |

### D. The '856 Patent

4. Has Genzyme proven by a preponderance of the evidence that the accused Atrium Express products infringe the following claims of the '856 patent?

|  | [For Genzyme] | [For Atrium] |
|---|---|---|
| Claim 2 | Yes ___ | No ___ |
| Claim 3 | Yes ___ | No ___ |
| Claim 4 | Yes ___ | No ___ |

### E. The '531 Patent

5. Has Genzyme proven by a preponderance of the evidence that the accused Atrium products infringe the following claims of the '531 patent?

|  | [For Genzyme] | [For Atrium] |
|---|---|---|
| Claim 1 | Yes ___ | No ___ |
| Claim 16 | Yes ___ | No ___ |
| Claim 17 | Yes ___ | No ___ |
| Claim 18 | Yes ___ | No ___ |

## II. WILLFUL INFRINGEMENT

6. If you found that Atrium's Express products infringe at least one claim of Genzyme's '844 patent, '346 patent, '370 patent, or '856 patent, has Genzyme proven by clear and convincing evidence that Atrium's infringement was willful?

|                  | [For Genzyme] | [For Atrium] |
|------------------|---------------|--------------|
| The '844 patent  | Yes ___       | No ___       |
| The '346 patent  | Yes ___       | No ___       |
| The '370 patent  | Yes ___       | No ___       |
| The '856 patent  | Yes ___       | No ___       |

7. If you found that any of Atrium's products infringes at least one claim of Genzyme's '531 patent, has Genzyme proven by clear and convincing evidence that Atrium's infringement was willful?

|                  | [For Genzyme] | [For Atrium] |
|------------------|---------------|--------------|
| The '531 patent  | Yes ___       | No ___       |

## III. VALIDITY

### A. The '844 Patent

8. Has Atrium proven by clear and convincing evidence that the following claims of the '844 patent are invalid as anticipated under 35 U.S.C. § 102 by the Delta Medical reference?

|          | [For Atrium] | [For Genzyme] |
|----------|--------------|---------------|
| Claim 12 | Yes ___      | No ___        |
| Claim 13 | Yes ___      | No ___        |
| Claim 16 | Yes ___      | No ___        |

4

9. Has Atrium proven by clear and convincing evidence that the following claims of the '844 patent are invalid as obvious under 35 U.S.C. § 103?

|  | [For Atrium] | [For Genzyme] |
|---|---|---|
| Claim 12 | Yes ___ | No ___ |
| Claim 13 | Yes ___ | No ___ |
| Claim 16 | Yes ___ | No ___ |

If you answered "YES" as to any claim, proceed to question 10. If you answered "NO" as to claims 12, 13, and 16, proceed to Question 11.

10. If you answered "YES" as to any claim in Question 9, indicate as to each the following prior art references that in combination render that claim obvious.

| Prior Art Reference | YES | NO |
|---|---|---|
| Tamada I |  |  |
| Tamada II |  |  |
| Puderbaugh |  |  |
| Enerson |  |  |

Proceed to question 11.

B. **The '531 Patent**

11. Has Atrium proven by clear and convincing evidence that the following claims of the '531 patent are invalid as anticipated under 35 U.S.C. § 102 by the Zuhdi-Kimmell regulator?

|  | [For Atrium] | [For Genzyme] |
|---|---|---|
| Claim 1 | Yes ___ | No ___ |
| Claim 16 | Yes ___ | No ___ |
| Claim 17 | Yes ___ | No ___ |
| Claim 18 | Yes ___ | No ___ |

12. Has Atrium proven by clear and convincing evidence that the following claims of the '531 patent are invalid as obvious under 35 U.S.C. § 103 by the Zuhdi-Kimmell regulator?

|  | [For Atrium] | [For Genzyme] |
|---|---|---|
| Claim 1 | Yes ___ | No ___ |
| Claim 16 | Yes ___ | No ___ |
| Claim 17 | Yes ___ | No ___ |
| Claim 18 | Yes ___ | No ___ |

**IV  DAMAGES**

13. If you found that any of Atrium's products infringe at least one claim of any of Genzyme's patents and you did not find that claim invalid, what damages do you award Genzyme for Atrium's infringement?

$_____

You must sign this verdict form

Date:_____                                   _____
                                                    **Signature of Foreperson**

_____

_____

_____

_____

_____

_____

7