IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 3, 2003, I electronically filed:

- **PLAYTEX'S JOINT OPPOSITION TO DEFENDANT'S (A) MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON MARKMAN RULING (DKT. 96), AND (B) MOTION TO EXCLUDE THE OPINIONS IN PLAINTIFF'S SUPPLEMENTAL EXPERT REPORTS (DKT. 94)**
- **DECLARATION OF ALLON STABINSKY IN SUPPORT OF PLAYTEX'S JOINT OPPOSITION TO DEFENDANT'S (A) MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON MARKMAN RULING (DKT. 96), AND (B) MOTION TO EXCLUDE THE OPINIONS IN PLAINTIFF'S SUPPLEMENTAL EXPERT REPORTS (DKT. 94)**
- **EXHIBITS G & L FILED UNDER SEAL PURSUANT TO THE OCTOBER 25, 2002 AGREED PROTECTIVE ORDER**
- **PLAYTEX'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE IDENTICAL EXPERT TESTIMONY OF PLAINTIFF'S TWO REDUNDANT EXPERT WITNESSES**
- **PLAYTEX'S RESPONSE TO DEFENDANTS' MEMORANDUM ON JUROR COMPREHENSION TECHNIQUES**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Donald E. Burton
FARUKI IRELAND & COX, P.L.L.

and I hereby certify that I have mailed by United States Postal Service the documents to the following:

Donald E. Burton
FARUKI IRELAND & COX, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

                                          s/Allon Stabinsky_____
                                          Allon Stabinsky (197642)
                                          Attorney for Plaintiff
                                          Latham & Watkins
                                          135 Commonwealth Drive
                                          Menlo Park, CA 94025
                                          (650) 326-4800
                                          (650) 463-2600
                                          allon.Stabinsky@lw.com