# FARUKI IRELAND & COX P.L.L.
## ATTORNEYS AT LAW

CHARLES J. FARUKI
D. JEFFREY IRELAND
JEFFREY T. COX
PAUL L. HORSTMAN
THOMAS R. KRAEMER
MARY L. WISEMAN

TONY M. ALEXANDER
BRADLEY D. ANDERSON
DANIEL H. BINEGAR
CHARLES A. BRUCH
DONALD E. BURTON
MELINDA K. BURTON
TARA A. CZANIK
CATHERINE L. EARLY

500 COURTHOUSE PLAZA, S.W.
10 NORTH LUDLOW STREET
DAYTON, OHIO 45402

Donald E. Burton
(937) 227-3736
dburton@ficlaw.com

October 3, 2003

JOHN A. FISCHER
MARTIN A. FOOS
ANDREW J. GOTTMAN
ROBERT W. KIRABER
MARY C. LeBOEUF
MICHELE A. MURPHY
KARL E. NEUDORFER
ELIZABETH M. PARILO
TIMOTHY G. PEPPER
RONALD L RABTHER, JR.
LAURA A. SANOM
SUZANNE SCHEINER-ALBI
JEFFREY S. SHARKEY
BRIAN D. WRIGHT
JULIE E. ZINK

**VIA FACSIMILE;**
**CONFIRMATION BY FEDERAL EXPRESS**

Matthew B. Lehr, Esq.
Allon Stabinsky, Esq.
Latham & Watkins
135 Commonwealth Drive
Menlo Park, CA 94025

Re: Playtex Products, Inc. v. The Procter & Gamble Company, et al.,
Case No. C-1-02-391

Dear Matt and Allon:

I have enclosed your service copy of Defendants' Motion To Exclude Evidence Relating To Plaintiff's Damages Claim.

As you would expect from the enclosed motion, we will not be agreeing to the proposed discovery schedule you sent us this week, and we will be objecting to the damages-related discovery requests you recently served. There is no point in proceeding with document discovery and expert depositions unless the court denies the motion.

Very truly yours,

Donald E. Burton

DB/bsf
Enclosure

c:  Paul B. Martins, Esq. (w/ encl.; via Federal Express)
    Robert J. Gunther, Jr., Esq. (w/ encl.; via Federal Express)
    Charles J. Faruki, Esq.
    Thomas R. Kraemer, Esq.

TELEPHONE: (937) 227-3700    http://www.ficlaw.com    FACSIMILE (937) 227-3717