IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio corporation,<br><br>              Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 9, 2003, I electronically filed:

- **PLAYTEX'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE RELATING TO PLAINTIFF'S DAMAGES CLAIM (DOC. 103)**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Donald E. Burton
FARUKI IRELAND & COX, P.L.L.

                                                    s/Allon Stabinsky_____
                                                    Allon Stabinsky (197642)
                                                    Attorney for Plaintiff
                                                    Latham & Watkins
                                                    135 Commonwealth Drive
                                                    Menlo Park, CA 94025
                                                    (650) 326-4800
                                                    (650) 463-2600
                                                    allon.Stabinsky@lw.com