# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Playtex Products, Inc.,**

        **Plaintiff,**

v.                                              **Case No. C-1-02-391**
                                                **Judge Thomas M. Rose**

**The Proctor & Gamble Distributing Company,**
**and The Proctor & Gamble Company,**

        **Defendants.**

## MEMORANDUM OPINION

Discovery concerning damages in the instant case is hereby **STAYED** until October 31, 2003, by which time the Court will have ruled on outstanding motions for summary judgment. The parties are to proceed, however, with the scheduling of depositions and the preparation of answers to interrogatories, in order to be prepared to proceed expeditiously to trial in the event that the instant case survives the decision of the pending motions.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 15, 2003.

                                                                                 S/Thomas M. Rose

                                                            THOMAS M. ROSE
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel for Parties