IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| PLAYTEX PRODUCTS, INC., | : | CASE NO. C-1-02-391 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| | | MOTION OF DEFENDANTS FOR |
| THE PROCTER & GAMBLE | : | LEAVE TO FILE DEFENDANTS' |
| DISTRIBUTING COMPANY, et al., | | SUPPLEMENTAL MEMORANDUM |
| | : | ON PLAINTIFF'S RECENT |
| Defendants. | | DISCLOSURE RELEVANT TO |
| | : | DEFENDANTS' MOTION TO |
| | | DISMISS WITHOUT PREJUDICE |
| | : | DEFENDANTS' SECOND |
| | | COUNTERCLAIM AND PLAINTIFF'S |
| | : | COUNTER-COUNTERCLAIMS |
| | | REGARDING THE CAMPION |
| | : | PATENTS |

Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), Defendants move for leave to file a

supplemental memorandum in support of their Motion to Dismiss Without Prejudice Defendants'

Second Counterclaim and Plaintiff's Counter-Counterclaims Regarding the Campion Patents, in

order to supply this Court with facts regarding a recent development bearing on that motion.

- 2 -

Respectfully submitted,


s/Donald E. Burton
Charles J. Faruki (0010417)
   Trial Attorney
Thomas R. Kraemer (0060120)
Donald E. Burton (0040553)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
E-Mail:  cfaruki@ficlaw.com

Attorneys for Defendants

**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS FOR
LEAVE TO FILE DEFENDANTS' SUPPLEMENTAL MEMORANDUM
ON PLAINTIFF'S RECENT DISCLOSURE RELEVANT TO DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS' SECOND
COUNTERCLAIM AND PLAINTIFF'S COUNTER-COUNTERCLAIMS
REGARDING THE CAMPION PATENTS**

Defendants wish to file a short (4 pages) supplemental memorandum regarding a

new product offering of Playtex (announced on October 27, 2003), the existence of which

supports the grounds for P&G's motion to dismiss its "Campion" counterclaim without prejudice

rather than with prejudice.

Respectfully submitted,

s/Donald E. Burton
Charles J. Faruki (0010417)
    Trial Attorney
Thomas R. Kraemer (0060120)
Donald E. Burton (0040553)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone: (937) 227-3705
Telecopier: (937) 227-3717
E-Mail: cfaruki@ficlaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on November 18, 2003, I electronically filed the Motion of

Defendants for Leave to File Defendants' Supplemental Memorandum on Plaintiff's Recent

Disclosure Relevant to Defendants' Motion to Dismiss Without Prejudice Defendants' Second

Counterclaim and Plaintiff's Counter-Counterclaims Regarding the Campion Patents with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following:

> James B. Helmer
> Paul B. Martins
> HELMER, MARTINS & MORGAN CO., L.P.A.
> Fourth & Walnut Centre
> Suite 1900
> 105 East Fourth Street
> Cincinnati, OH 45202
>
> Attorneys for Plaintiff
> Playtex Products, Inc.

and I certify that this document has been served via Federal Express upon the following non-

CM/ECF participants this 18th day of November, 2003:

> Matthew B. Lehr
> Allon Stabinsky
> LATHAM & WATKINS
> 135 Commonwealth Drive
> Menlo Park, CA  94025
>
> Robert J. Gunther
> LATHAM & WATKINS
> 885 Third Avenue
> New York, NY  10022-4802
>
> Attorneys for Plaintiff
> Playtex Products, Inc.

- 5 -

s/ Donald E. Burton
Donald E. Burton

129774.1