IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| PLAYTEX PRODUCTS, INC., | : | CASE NO. C-1-02-391 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| THE PROCTER & GAMBLE DISTRIBUTING COMPANY, et al., | : | AFFIDAVIT OF DONALD E. BURTON IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM ON PLAINTIFF'S RECENT DISCLOSURE RELEVANT TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS' SECOND COUNTERCLAIM AND PLAINTIFF'S COUNTER-COUNTERCLAIMS REGARDING THE CAMPION PATENTS |
| Defendants. | : | |

STATE OF OHIO           )
                        )SS:
COUNTY OF MONTGOMERY    )

Donald E. Burton, being first duly sworn upon oath, deposes and says:

1. I am a member of the Bar of this Court and am one of the counsel for Defendants-Counterclaim Plaintiffs The Procter & Gamble Company and The Procter & Gamble Distributing Company (collectively "P&G") in this case. I am making this affidavit based on personal knowledge, and I am competent to testify to the matters stated below.

2. I have attached to this affidavit an accurate copy of a press release entitled "Playtex Products, Inc. Reports Third Quarter 2003 Results; Announces New Product Tampon

**Exhibit A**

- 2 -

Launch", issued by Defendant Playtex Products, Inc. ("Playtex"). This copy was downloaded from Playtex's website (www.playtexproducts.com) in PDF format on November 12, 2003.

s/Donald E. Burton<br>
Donald E. Burton

Sworn to before me and subscribed in my presence by the said Donald E. Burton, this 18th day of November, 2003.

_____<br>
Notary Public

129776.1