IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTOR & GAMBLE COMPANY, an Ohio corporation,<br><br>　　　　　　Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose)<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Plaintiff Playtex Products, Inc. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

　　　　1.　　Dkt. 52, Memorandum Opinion, dated June 4, 2003.

　　　　2.　　Dkt. 116, Entry And Order Granting Defendants' Motion For Summary Judgment Of Non-Infringement Based On *Markman* Ruling, dated November 3, 2003.

　　　　3.　　Dkt. 119, Judgment In A Civil case, dated November 28, 2003.

　　Plaintiff has ordered the transcript of the May 6, 2003 *Markman* Claims Construction Hearing (Dkt. 46) from the Court Reporter, Leslie J. Foley, for submission to the United States Court of Appeals for the Federal Circuit.

　　Plaintiff's payment of costs of $255.00 is being provided contemporaneous with the filing of this Notice of Appeal by hand-delivery to the Clerk of the United States District Court for the Southern District of Ohio, Western Division (Dayton).

Dated: December 23, 2003

1

Respectfully submitted,


/s/ Paul B. Martins
Paul B. Martins, Esq. (0007623)
HELMER, MARTINS & MORGAN CO., L.P.A.
1900 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 421-2400
Facsimile: (513) 421-7902

Matthew B. Lehr (*pro hac vice*)
Allon Stabinsky (*pro hac vice)*
Attorneys for Plaintiff
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: allon.stabinsky@lw.com

Robert J. Gunther, Jr. (*pro hac vice)*
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

3

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Appeal was electronically filed on December 23, 2003. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Paul B. Martins</u>

SV\400208.1