AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF OHIO
at ~~COLUMBUS~~ Dayton

N⁰ **143602**

RECEIVED FROM  _Latham & Watkins_

| ACCOUNT | AMOUNT | |
|---|---|---|
| 086900 | 105 | 00 |
| 510000 | 150 | 00 |
| | | |
| TOTAL | 255.00 | |

Case Number or Other Reference

C-1-02-391

PLAYTEX v. PROCTOR & GAMBLE COMPANY
Notice of Appeal

Fund
6855XX  Deposit Funds
604700  Registry Funds
        General and Special Funds
508800  Immigration Fees
085000  Attorney Admission Fees
086900  Filing Fees
322340  Sale of Publications
322350  Copy Fees
322360  Miscellaneous Fees
143500  Interest
322380  Recoveries of Court Costs
322386  Restitution to U.S. Government
121000  Conscience Fund
129900  Gifts
504100  Crime Victims Fund
613300  Unclaimed Monies
510000  Civil Filing Fee (½)
510100  Registry Fee

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 12/23/03

Cash | Check X | M.O. | Credit

#150298

DEPUTY CLERK:

ORIGINAL – White    DUPLICATE – Yellow    TRIPLICATE – Pink

**Latham & Watkins LLP**  135 Commonwealth Drive, Menlo Park, CA 94025  (650) 328-4600

| Voucher # | Invoice # | Date | Invoice Amount | Invoice Description | Amount Paid |
|---|---|---|---|---|---|
| 977684 | 122203 | 12/22/03 | 255.00 | | 255.00 |

| Ref Id: | Vendor # | Vendor Name | Date of Payment | Check # | Amount Paid |
|---|---|---|---|---|---|
| Acct. Loc. | 123180 | UNITED STATES DISTRICT COURT | 12/22/03 | 1502198 | 255.00 |
| SV | | | | | |