| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] RECEIVED  ☐ Agent  ☐ Addressee | |
| | B. Received by (Printed Name)<br>WALKER  JAN 2 7 2004 | C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>United States Court of Appeals for The Federal Circuit | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 9091 | |

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

