# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

04-1200

PLAYTEX PRODUCTS, INC.,

Plaintiff-Appellant,

v.

PROCTOR & GAMBLE COMPANY
and PROCTOR & GAMBLE DISTRIBUTING COMPANY,

Defendants-Appellees,

Appeal from the United States District Court for the Southern District of Ohio in case no. 02-CV-00391, District Judge Thomas M. Rose.

Authorized Abbreviated Caption[2]

PLAYTEX PROD V PROCTOR & GAMBLE, 04-1200

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

04-1200 - PLAYTEX PRODUCTS V PROCTER & GAMBLE

02/02/04
(Date of Docketing)

Appeal from DCT NO. 02-CV-00391

United States District Court / Southern District of Ohio

Name of appellant(s): PLAYTEX PRODUCTS, INC.

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Transcript Purchase Order form (Rule 3 appellants)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc:    USDC SD/OH
       Charles J. Faruki
       Allon Stabinsky

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.