FILED
JAMES BONINI
CLERK

# United States Court of Appeals for the Federal Circuit

05 MAR 31 PM 12: 11

WEST DIV CINCINNATI

04-1200

PLAYTEX PRODUCTS, INC.,

Plaintiff-Appellant,

v.

PROCTER & GAMBLE COMPANY
and PROCTER & GAMBLE DISTRIBUTING COMPANY,

Defendants-Appellees.

# *Judgment*

ON APPEAL from the    UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

In CASE NO(s):    02-CV-00391

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART and REMAND.**

*ENTERED BY ORDER OF THE COURT*

DATED    MAR - 7 2005

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**ISSUED AS A MANDATE:**    MAR 28 2005    By: _____ Date: 3/28/05