**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**PLAYTEX PRODUCTS INC.,**

                **Plaintiff,**

**-vs-**                                                            **Case No.  C-1-02-391**

**PROCTER & GAMBLE CO.,**

                **Defendant.**

**ORDER SETTING NEW BRIEFING AND TRIAL SCHEDULE**

      This matter was before the Court for a scheduling conference on April 28, 2005. As a result of that conference the Court would ORDER that the following briefing and trial schedule be set:

1. Supplemental expert reports regarding liability in light of the Federal Circuit Court of Appeals decision:

        Defendant's:                                   **July 29, 2005**

        Plaintiff's rebuttal:                      **August 31, 2005**

2. Cut-off for fact discovery regarding damages:      **September 30, 2005**

3. Cut-off for depositions of experts regarding liability:    **September 30, 2005**

4. Exchange expert reports regarding liability:          **October 31, 2005**

5. Cut-off for depositions of experts regarding damages:  **December 15, 2005**

6. Motions not directed to the pleadings:               **January 15, 2006**

7. Joint final pretrial order to be filed by:                **June 7, 2006**

8.  Final pretrial conference (in chambers):         **June 13, 2006**
                                                      **at 3:30 p.m.**

9.  Jury trial:                                       **July 17, 2006**

**DONE** and **ORDERED** in Dayton, Ohio, this 4th day of May, 2005.


                                          s/Thomas M. Rose
                                          _____
                                          THOMAS M. ROSE, JUDGE
                                          UNITED STATES DISTRICT COURT