# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**PLAYTEX PRODUCTS INC.,**

               **Plaintiff,**

**-vs-**                                                                Case No. C-1-02-391

**PROCTER & GAMBLE CO.,**

               **Defendant.**

---

### AMENDED **ORDER SETTING NEW BRIEFING AND TRIAL SCHEDULE**

---

This matter was before the Court for a scheduling conference on April 28, 2005. As a result of that conference the Court would ORDER that the following briefing and trial schedule be set:

1. Supplemental expert reports regarding liability in light of the Federal Circuit Court of Appeals decision:

   | | |
   |---|---|
   | Defendant's: | **July 29, 2005** |
   | Plaintiff's rebuttal: | **August 31, 2005** |

2. Cut-off for fact discovery regarding damages: **September 30, 2005**

3. Cut-off for depositions of experts regarding liability: **September 30, 2005**

4. Exchange expert reports regarding liability: **October 31, 2005**

5. Cut-off for depositions of experts regarding liability: **December 15, 2005**

6. Motions not directed to the pleadings: **January 15, 2006**

7. Joint final pretrial order to be filed by: **June 7, 2006**

8.  Final pretrial conference (in chambers): **June 13, 2006 at 3:30 p.m.**

9.  Jury trial: **July 17, 2006**

**DONE** and **ORDERED** in Dayton, Ohio, this 17 day of May, 2005.

                                                **s/Thomas M. Rose**
                                      _____
                                      THOMAS M. ROSE, JUDGE
                                      UNITED STATES DISTRICT COURT