# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**PLAYTEX PRODUCTS INC.,**

        **Plaintiff,**

**-vs-**                                                                                                            **Case No. C-1-02-391**

**PROCTER & GAMBLE CO.,**

        **Defendant.**

## AMENDED ORDER SETTING NEW BRIEFING AND TRIAL SCHEDULE

This matter was before the Court for a scheduling conference on April 28, 2005. As a result of that conference the Court would ORDER that the following briefing and trial schedule be set:

1. Supplement expert reports regarding liability in light of the Federal Circuit Court of Appeals decision:

    Defendants: **July 29, 2005**
    Plaintiff's Rebuttal: **August 31, 2005**

2. Cut-off for fact discovery regarding damages: **September 30, 2005**

3. Cut-off for depositions of experts regarding liability: **September 30, 2005**

4. Exchange expert reports regarding liability: **October 31, 2005**

5. Cut-off for depositions of experts regarding liability: **December 15, 2005**

6. Motions not directed to the pleadings: **January 15, 2006**

7. Joint final pretrial order to be filed by: **June 7, 2006**

8. Final pretrial conference in chambers: **June 13, 2006 @ 3:30 p.m.**

9. Jury trial: **July 17, 2006**

      **DONE** and **ORDERED** in Dayton, Ohio, this 20th day of April, 2004.

                                                                                              **s/Thomas M. Rose**

                                                                        _____
                                                                              THOMAS M. ROSE
                                                                UNITED STATES DISTRICT JUDGE