# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**PLAYTEX PRODUCTS INC.,**

        **Plaintiff,**

**-vs-**                                                        **Case No.  C-1-02-391**

**PROCTER & GAMBLE CO.,**

        **Defendant.**

---

**SECOND AMENDED ORDER SETTING NEW BRIEFING AND TRIAL SCHEDULE**

---

      This matter was before the Court for a scheduling conference on April 28, 2005. As a result of that conference the Court would ORDER that the following briefing and trial schedule be set:

1. Supplemental expert reports regarding liability in light of the Federal Circuit Court of Appeals decision:

|  |  |
|---|---|
| Defendant's: | **July 29, 2005** |
| Plaintiff's rebuttal: | **August 31, 2005** |

2. Cut-off for fact discovery regarding damages:    **September 30, 2005**

3. Cut-off for depositions of experts regarding liability:    **September 30, 2005**

4. Exchange expert reports regarding damages:    **October 31, 2005**

5. Cut-off for depositions of experts regarding damages:    **December 15, 2005**

6. Motions not directed to the pleadings:    **January 15, 2006**

7. Joint final pretrial order to be filed by:    **June 7, 2006**

8. Final pretrial conference (in chambers): **June 13, 2006 at 3:30 p.m.**

9. Jury trial: **July 17, 2006**

**DONE** and **ORDERED** in Dayton, Ohio, this 24th day of May, 2005.

                                    **s/Thomas M. Rose**
                                    _____
                                    THOMAS M. ROSE, JUDGE
                                    UNITED STATES DISTRICT COURT