IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE DISTRIBUTING COMPANY, an Ohio corporation, and THE PROCTER & GAMBLE COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO. C-1-02-391<br><br>(Hon. Thomas M. Rose)<br><br>**STIPULATION OF DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all remaining claims and counterclaims in the above-captioned action be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).  Each party is to bear its own costs.

    By: s/Allon Stabinsky
    Matthew B. Lehr (*pro hac vice*)
    Allon Stabinsky (*pro hac vice)*
    Attorneys for Plaintiff
    LATHAM & WATKINS LLP
    135 Commonwealth Drive
    Menlo Park, CA 94025
    Telephone: (650) 328-4600
    Facsimile: (650) 463-2600
    E-mail: allon.stabinsky@lw.com

    Robert J. Gunther, Jr. (*pro hac vice)*
    LATHAM & WATKINS LLP
    885 Third Avenue, Suite 1000
    New York, New York 10022-4802
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

        Paul B. Martins, Esq. (0007623)
        HELMER, MARTINS & MORGAN CO., L.P.A.
        1900 Fourth & Walnut Centre
        105 East Fourth Street
        Cincinnati, OH 45202
        Telephone:   (513) 421-2400
        Facsimile:   (513) 421-7902

        Attorneys for Plaintiff

By: s/Charles J. Faruki
        Charles J. Faruki (0010417)
         Trial Attorney
        Thomas R. Kraemer (0060120)
        Donald E. Burton (0040553)
        FARUKI IRELAND & COX P.L.L.
        500 Courthouse Plaza, S.W.
        10 North Ludlow Street
        Dayton, Ohio 45402
        Telephone: (937) 227-3705
        Facsimile: (937) 227-3717
        E-mail: cfaruki@ficlaw.com

        Attorneys for Defendants

SV\464690.1